IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT EDWARD PATTERSON, )<br>Plaintiff, ) | Civil Action No. 7:05CV00474 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| WILLIAM STARKE MUNDY, et al., )<br>Defendants. ) | By Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The defendants' motion for summary judgment shall be and hereby is **GRANTED**;

2. The plaintiff's motions to add additional exhibits (docket #21 and #26) shall be and hereby are **GRANTED**;

3. The plaintiff's motion for in camera inspection (docket #17), the plaintiff's motion to add an additional defendant (docket #18), and the plaintiff's motion to add an additional claim (docket #19) shall be and hereby are **DENIED**; and

4. The action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 16th day of December, 2005.

_____
United States District Judge